JOSEPH WHITMORE, Respondent, v. CHARLES BIS-
CHOFF, Appellant.

*Evidence — opinion of witness — Nuisance — measure of damages.*

In an action brought to recover damages for a nuisance maintained by the defend-
ant, plaintiff was, against the objection and exception of defendant's counsel,
allowed to express his opinion as to the pecuniary amount of damages which
his property had sustained by reason of the nuisance. *Held,* that this was
error. The proper way is to lay such facts, as bear upon the question of dam-
ages, before the jury, and leave them to fix the amount. (*Teerpenning* v. *The
Corn Ex. Ins. Co.*, 43 N. Y., 279 ; *Morehouse* v. *Mathews*, 2 id., 514.)

All the damages which a party can recover for a private nuisance, are those
which he has sustained previous to the bringing of the action. It is error to
allow a recovery for the diminution in value of the premises, based upon the
assumption that the nuisance is to continue forever. (*Francis* v. *Schoellkopf*,
53 N. Y., 152 ; *McKeon* v. *See*, 4 Robt., 449; affirmed, 51 N. Y., 300.)

APPEAL from a judgment in favor of the plaintiff, entered upon
the verdict of a jury.

This action was brought to recover the damages arising from an
alleged nuisance claimed to have been committed by the defendant,
a brewer, by the discharge, through a sewer or drain, of certain
offensive matter from his premises, into a brook or water-course
running through the land of the plaintiff.

*Westervelt & Greenfield*, for appellant. *Wm. Henry Anthon*, for
respondent.

Opinion by Talcott, J.

Present — Barnard, P. J., Tappen and Talcott, JJ.

Judgment reversed and new trial ordered, costs to abide the
event.